UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton,<br><br>    Plaintiffs,<br><br>v.<br><br>Ace Hardware Corporation,<br><br>    Defendant, | Case No.: 23-cv-3470 (KMM/DJF)<br><br>**STIPULATION OF DISMISSAL** |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and on the merits, and without costs to either party.

Dated:  May 24, 2024    **THRONDSET MICHENFELDER, LLC**

                By: */s/Patrick W. Michenfelder*
                Patrick W. Michenfelder (#024207X)
                Jason D. Gustafson (#0403297)
                80 South 8th Street, Suite 900
                Minneapolis, MN 55402
                Tel: (763) 515-6110
                pat@throndsetlaw.com
                jason@throndsetlaw.com

Dated:  May 24, 2024    **FELHABER LARSON**

                By: */s/Colleen O. Kaufenberg*
                Colleen O. Kaufenberg (#186193)
                220 South 6th Street, Suite 2200
                Minneapolis, MN 55402
                Tel: (612) 339-6321
                ckaufenberg@felhaber.com

| | |
|---|---|
| Dated: May 24, 2024 | **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**<br><br>By: */s/Michael J. Chilleen*<br>Michael J. Chilleen (pro hac vice)<br>Gregory F. Hurley (pro hac vice)<br>65 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626-1993<br>Tel: (714) 513-5100<br>mchilleen@cheppardmullin.com<br>ghurley@sheppardmullin.com |